**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Norman Jefferson Thigpen
Attorney at Law
2380 Lake St.
Lake Charles LA 70601

Michael Kevin Cox
Cox, Cox, Filo, Camel & Wilson
723 Broad St.
Lake Charles LA 70601

Barry Alwin Roach
Larry A. Roach, Inc.
2917 Ryan St.
Lake Charles LA 70601-0000


**REHEARING ACTION: December 26, 2007**


**Docket Number: 07   00352-CA**

**LESLIE R. ROACH, ET AL.**
**VERSUS**
**STATE FARM MUTUAL AUTO INS. CO.**

**Appealed from Calcasieu Parish Case No. 2001-5384**


**BEFORE JUDGES:**

     **Hon. Ulysses Gene Thibodeaux**
     **Hon. Marc T. Amy**
     **Hon. Michael G. Sullivan**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Leslie R. Roach** has this day been

     **DENIED.**
     Thibodeaux, C. J., would grant.


cc: Francis Marion Walker  Jr., Counsel for the Appellee